

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2015

No. 04-15-00343-CV

**IN RE** Reverend William **RICE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

On June 3, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 5, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CV00379, styled *Reverend William Rice v. City of San Antonio, Animal Care Services*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Timothy Johnson presiding.